ELECTRIC IMP. CO. *v.* SCANNELL.

(*Circuit Court, N. D. California.* March 30, 1891.)

On Motion for Injunction.
*Haggin & Van Ness* and *George C. Gorham, Jr.*, for complainant.
*Langhorne & Miller* and *Estee, Wilson & McCutcheon*, for respondent.
Before SAWYER, Circuit Judge.

SAWYER, J. This is a similar case against the chief of the fire department of San Francisco, to enjoin him from executing the order in question, by removing the numerous electric wires from certain buildings specified. Let a similar order be entered in this case.